IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UPLIFTING ESSENTIALS LLC,<br><br>                  Plaintiff,<br><br>              v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                  Defendants. | No. 2:26-cv-00027 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Uplifting Essentials LLC ("Plaintiff") respectfully requests, pursuant to N.D. Ind. L.R. 5.3(c)(1), leave to file the following under seal: (1) Schedule A to the Complaint, which lists the Defendants by their Seller Aliases; and (2) Exhibit 2 to the Declaration of James Gao, which will be filed in support of Plaintiff's forthcoming motion for entry of a temporary restraining order, which includes screenshots showing the e-commerce stores operating under the Seller Aliases.

In this action, Plaintiff is requesting *ex parte* relief based on an action for trademark infringement and counterfeiting, and false designation of origin. Sealing this portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, thus frustrating the purpose of the underlying litigation and this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Dated: January 23, 2026                    Respectfully submitted,

/s/James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
jjudge@fleneriplaw.com