**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UPLIFTING ESSENTIALS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-27 |
| | ) | |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED IN SCHEDULE "A," | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the court on the Motion for Leave to File Documents under Seal [DE 3] filed by the plaintiff, Uplifting Essentials LLC, on January 23, 2026.

The court, being duly advised, hereby **GRANTS IN PART** the Motion [DE 3]. The Clerk is **DIRECTED** to maintain Schedule A to the Complaint [DE 1-3] under seal. The other document referenced in the Motion has not yet been filed. Counsel is given leave to file another motion to seal once that document has been filed.

ENTERED this 4th day of February, 2026.

/s/ Andrew P. Rodovich
United States Magistrate Judge