IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UPLIFTING ESSENTIALS, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>　　　　　　　　　Defendants. | Case No. 2:26-cv-0027-APR<br><br>Magistrate Judge Andrew P. Rodovich |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff Uplifting Essentials LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against all Defendants (collectively, "Defendants") without prejudice.

Dated: February 17, 2026

Respectfully submitted,

Counsel for Plaintiff  Uplifting Essentials LLC

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874

1